

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00179-CR

| | | |
|---|---|---|
| Dallas Carl Tate | § | From the 97th District Court |
| | § | of Montague County (2013-0163M-CR) |
| v. | § | May 14, 2015 |
| | § | Opinion by Justice Sudderth |
| | § | Dissent by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth